LEWIS A. BURGESS, as Administrator, etc., Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued February 6, 1885 ; decided March 3, 1885.)

*3ff Hun) 233 mem affirmed*

*William G. Tracy* for appellant.

*Louis Marshall* for respondent.

Agree to affirm ; no opinion.

All concur, except RUGER, Ch. J., not sitting.

Judgment affirmed.